**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**John D. ENRIGHT, Respondent.**

**No. 890 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 15, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of March, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 5, 2003, it is hereby

ORDERED that JOHN D. ENRIGHT be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Janet MOSCHETTA.**

**No. 162 DB 2003 (No. 11 RST 2004).**

Supreme Court of Pennsylvania.

March 15, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of March, 2004, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated February 4, 2004, are approved and IT IS ORDERED that JANET MOSCHETTA, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.